UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 10-CR-20027-PCH

UNITED STATES OF AMERICA,
    Plaintiff,

vs

FARGEE WENELLE TIBBS,
    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

THIS CAUSE came before the Court upon the Defendant's request to enter a plea of guilty before the Magistrate Judge.

THE MATTER was referred to Magistrate Judge Barry L. Garber, on February 24, 2010. A Report and Recommendation filed on February 24, 2010 recommend that the Defendant's plea of guilty be accepted. The Defendant the U.S. Government were afforded the opportunity to file objections to the Report and Recommendation; however, none were filed. The Court has conducted a de novo review of the entire file. Accordingly, it is

ORDERED AND ADJUDGED that the Report and Recommendation of the United States Magistrate Judge Barry L. Garber, is hereby Adopted and Approved in its entirety. The Defendant is adjudged guilty as to Count one of the Indictment.

DONE AND ORDERED in chambers in Miami, Florida this 5th day of March, 2010.

PAUL C. HUCK
U.S. DISTRICT COURT JUDGE

cc: All counsel of record